# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 04 2009
TIME A.M. P.M.

JEAN JOSEPH DUFORT )
*Plaintiff* )
v. ) Civil Action No. 04-CV-4940
UNITED STATES OF AMERICA )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

X other: THE COURT FINDS IN FAVOR OF THE UNITED STATES OF AMERICA AND AGAINST THE PLAINTIFF JEAN JOSEPH DUFORT WITHOUT ANY COSTS.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

X tried by Judge CHARLES R WOLLE without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Dec 4, 2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*